**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLORADO**

| | |
|---|---|
| CHRISTOPHER GUIDA, on behalf of himself and all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>GAIA, INC.,<br><br>    Defendant. | Case No. 1:22-cv-02350-GPG-MEH<br><br>**JOINT MOTION FOR 90-DAY STAY PENDING MEDIATION** |

Plaintiff Christopher Guida ("Plaintiff") and Defendant Gaia, Inc. ("Defendant" and together with Plaintiff, the "Parties") by and through their undersigned counsel hereby file this Joint Motion for 90-Day Stay Pending Mediation and state as follows:

**CERTIFICATE PURSUANT TO L. CIV. R. 7.1(a)**

In accordance with L. Civ. R. 7.1(a), the undersigned counsel confirm that prior to filing this Motion they conferred regarding the relief requested herein and jointly agreed to file this Motion.

1. On September 12, 2022, Plaintiff filed his Class Action Complaint Jury Trial Demanded. (Dkt. 1)

2. On November 9, 2022, Defendant filed its Motion to Dismiss under Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure. (Dkt. 20)  Plaintiff filed his response in opposition to the Motion to Dismiss on December 7, 2022. (Dkt. 24)  Defendant filed its reply in support of the Motion to Dismiss on December 21, 2022. (Dkt. 25)

3. The Parties now are in the process of scheduling a mediation with Hon. Suzanne H. Segal (Ret.).

4. The following deadlines currently are set in this matter, pursuant to the Parties' agreement:

   a. Deadline for document production – August 30, 2023; and

   b. Deadline for production of privilege logs – September 27, 2023.

5. The additional deadlines listed below currently are set in this matter, pursuant to the Court's Scheduling Order. (Dkt. 29):

   a. Deadline for Plaintiff to file motion for class certification and serve class expert reports – November 17, 2023;

   b. Deadline for Defendant to file a response to the motion for class certification and serve class expert reports – January 26, 2024;

   c. Deadline for Plaintiff to file a reply in support of the motion for class certification and serve rebuttal class expert reports – March 3, 2024; and

   d. Hearing on motion for class certification – March 22, 2024.

6. The Parties agree that a stay of all deadlines and proceedings for 90 days is in the best interest of the Parties. Such a stay will allow the Parties to focus on attempting to reach a resolution in this matter. It will also conserve resources.

7. Accordingly, the Parties request a stay of all deadlines and proceedings for 90 days, pending the outcome of mediation.

8. This is the first request either party has made to stay the case, and no party will be prejudiced by the granting of this Joint Motion.

WHEREFORE, the Parties respectfully request that the Court grant this Joint Motion for 90-Day Stay Pending Mediation and stay all future deadlines and proceedings until November 16, 2023.

Respectfully submitted this 18th day of August, 2023.

/s/ Christopher J. Cormier (with permission)
Christopher J. Cormier (#47326)
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Ste. 200
Washington, DC 20016
Tel: (202) 577-3977
ccormier@burnscharest.com

Hannah M. Crowe (*pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Ste. 500
Dallas, TX 75202
Tel: (469) 904-4550
hcrowe@burnscharest.com

Shawn M. Kennedy (*pro hac vice*)
HERRERA KENNEDY LLP
4590 MacArthur Blvd., Ste. 500
Newport Beach, CA 92660
Tel: (949) 936-0900
skennedy@herrerakennedy.com

Rachel J. Geman (*pro hac vice*)
Douglas I. Cuthbertson (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: (212) 355-9500
rgeman@lchb.com
dcuthbertson@lchb.com

Michael K. Sheen (*pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: (415) 956-1000
msheen@lchb.com

Nicomedes Sy Herrera (pro hac vice)
HERRERA KENNEDY LLP
5072 Annunciation Circle, Ste. 207
Ave Maria, FL 34142
Tel: (510) 422-4700
nherrera@herrerakennedy.com

*Attorneys for Plaintiff and the Proposed Class*

/s/ Stephanie Adamo
Thomas J. Krysa
Kelsey C. Boehm
Stephanie Adamo
FOLEY & LARDNER LLP
1400 16th Street, Ste. 200
Denver, Colorado 80202
Tel: (720) 437-2027
tkrysa@foley.com
kboehm@foley.com
sadamo@foley.com

Todd A. Murray
FOLEY & LARDNER LLP
2021 McKinney Avenue, Ste. 1600
Dallas, TX 75201
Tel: (214) 999-3000
tmurray@foley.com

Eileen R. Ridley
FOLEY & LARDNER LLP
555 California Street, Ste. 1700
San Francisco, CA 94104
Tel: (415) 438-6469
eridley@foley.com

*Attorneys for Defendant Gaia, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of August 2023, I electronically filed the foregoing **JOINT MOTION TO STAY PENDING MEDIATION** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record for all Parties.

_/s/ Stephanie Adamo_
