UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

CHRISTOPHER GUIDA, *on behalf of himself and all others similarly situated*,

    Plaintiffs,

v.

GAIA, INC.,

    Defendant.

Case No. 1:22-cv-02350-GPG-MEH

Hon. Gordon P. Gallagher

**UPDATE REGARDING IMPLEMENTATION OF NOTICE PLAN
FOR CLASS ACTION SETTLEMENT**

In advance of the final approval hearing set for December 9, 2024, Class Counsel provides the following update to the Court regarding implementation of the previously-approved notice plan for the Settlement in this matter. Concurrently with this update, Class Counsel also is filing a proposed final approval order and judgment.

Pursuant to the notice plan, the Settlement Administrator provided initial notice to 649,276 Settlement Class Members via email on September 9, 2024. *See* attached Supplemental Declaration of Baro Lee re Notice and Administration, ¶¶ 8–10.

On September 10, 2024, the Settlement Administrator discovered that Class Members entering the online claim filing portal were unable to submit a claim form due to a bug in the code. *Id.* ¶ 11. The Settlement Administrator identified the 2,371 Class Members that had logged into the claims portal and sent a clarifying email notice summarizing the issue, confirming the bug had been resolved, and asking the Class Member to re-enter the online claim portal to re-submit their claim. *Id.* Of these 2,371 emails, 2,351 were delivered and 20 bounced back as undeliverable. *Id.*

On September 18, 2024, the Settlement Administrator discovered that there was an unusually high volume of soft bounces from the September 9 email campaign, which the Settlement Administrator determined was due to concurrent timing of a large email project that resulted in a poor reputation score and thus increased soft bounces. *Id.* ¶ 12. The Settlement Administrator re-noticed the soft bounces the same day, September 18. *Id.* The email campaigns resulted in a cumulative successful delivery rate of 623,706 (96.06%) and undeliverable rate of 25,570 (3.94%). *Id.* ¶ 13.

1

Also pursuant to the notice plan, the Settlement Administrator sent a reminder email notice to the Settlement Class Members. *Id.* ¶¶ 14–15. To increase deliverability, the Settlement Administrator caused the reminder email campaign to be disseminated over the course of multiple days between November 9, 2024 and November 15, 2024. *Id.* The deliverability in the reminder email campaign was 609,987 (94.83%) delivered and 33,230 (5.17%) not delivered. *Id.* ¶ 15.

The Settlement Administrator received a total of 9,570 claims as of December 5, 2024. *Id.* ¶ 21. These received claims are still subject to the Settlement Administrator's final audits, including assessment of validity and a review for duplicate submissions. *Id.*

Notably, the Settlement Administrator did not receive any objections to the Settlement from Settlement Class Members or any requests to exclude someone from the Settlement Class. *Id.* ¶ 22.

[Signature page follows]

2

Dated:  December 6, 2024

*/s/      Shawn Kennedy*
Shawn M. Kennedy
HERRERA KENNEDY LLP
5900 S. Lake Forest Dr., Suite 300
McKinney, TX 75070
Telephone: (949) 936-0900
Email: skennedy@herrerakennedy.com

Nicomedes Sy Herrera
HERRERA KENNEDY LLP
5072 Annunciation Circle, Ste. 207
Ave Maria, FL 34142
Telephone: (510) 422-4700
Email: nherrera@herrerakennedy.com


*/s/      Christopher Cormier*
Christopher J. Cormier
BURNS CHAREST LLP
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: ccormier@burnscharest.com

Hannah M. Crowe
BURNS CHAREST LLP
900 Jackson Street, Ste. 500
Dallas, TX 75202
Telephone: (469) 904-4550
Email: hcrowe@burnscharest.com

Respectfully submitted,

*/s/      Rachel Geman*
Rachel Geman
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
250 Hudson Street, 8th Floor
New York, NY 10013-1413
Telephone: (212) 355-9500
Email: rgeman@lchb.com

Michael K. Sheen
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Email: msheen@lchb.com

*Counsel for Plaintiff and the Settlement Class*

3

## CERTIFICATE OF SERVICE

I, Shawn M. Kennedy, hereby certify that a copy of this Update Regarding Implementation of Notice Plan for Class Action Settlement was sent to counsel of record via the federal court's e-filing system.

Dated: December 6, 2024

*/s/     Shawn Kennedy*
Shawn M. Kennedy

HERRERA KENNEDY LLP
5900 S. Lake Forest Dr., Suite 300
McKinney, TX 75070
Telephone: (949) 936-0900
Email: skennedy@herrerakennedy.com