1
2
3
4
5

# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

6
7
8

CHRISTOPHER GUIDA, on behalf of
himself and all others similarly situated,

                    Plaintiff,

9

v.

10

GAIA, INC.,

11

                    Defendant.

Case No.: 1:22-cv-02350-GPG-MEH

**SUPPLEMENTAL DECLARATION OF
BARO LEE
RE: NOTICE AND ADMINISTRATION**

12
13
14

        I, **BARO LEE**, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that
the following is true and correct to the best of my knowledge:

15
16
17
18

        1.        I am a Project Manager with Angeion Group, LLC ("Angeion"), the Settlement
Administrator retained in this matter, with headquarters located at 1650 Arch Street, Suite 2210,
Philadelphia, PA 19103. I am over 21 years of age and am not a party to this action. I have
personal knowledge of the facts set forth herein.

19
20

        2.        Angeion is not related to or affiliated with the Plaintiff, Class Counsel, the
Defendant, or Defendant's Counsel.

21
22
23
24
25

        3.        Angeion was retained to serve as the Settlement Administrator to, among other
tasks, implement the Notice Plan; process Claim Forms; establish and maintain a dedicated
Settlement Website; and perform other duties as specified in the Order and Class Action
Settlement Agreement ("Agreement") that this Court preliminarily approved on July 19, 2024
(Dkt. No. 76).

26
27
28

        4.        The purpose of this Supplemental Declaration is to provide the Court with a
summary of the work performed by Angeion thus far to effectuate notice pursuant to the Court's
July 19, 2024, Preliminary Approval Order ("Order").

**SUMMARY OF THE NOTICE PLAN**

5.      The Notice Plan approved by the Court provides individual direct notice to all reasonably identifiable Class Members via email. The Notice Plan also includes the implementation of a dedicated website where Class Members can learn more about their rights and options pursuant to the terms of the Settlement.

**DISTRIBUTION OF CAFA NOTICE**

6.      On July 18, 2024, pursuant to 28 U.S.C. §§ 1715(b), Angeion caused Notice regarding the Settlement to be sent to the Attorneys General of all states and territories and the Attorney General of the United States ("CAFA Notice"). The CAFA Notice mailings directed counsel and officials to the Angeion CAFA website where settlement related documents could be reviewed. A true and correct copy of the CAFA Notice is attached hereto as Exhibit A.

**CLASS DATA**

7.      On or about August 7, 2024, Angeion received from Defense Counsel, two data files containing a total of 688,814 records ("Class List"). The data files contained the names and email addresses of Settlement Class Members.

**DIRECT NOTICE**

**E-mail Notice**

8.      Prior to disseminating notice, Angeion performed a cleansing process to help ensure the accuracy of the recipient email addresses on the Class List. The email cleansing process removes extra spaces, fixes common typographical errors in domain name, and corrects insufficient domain suffixes (e.g., gmal.com to gmail.com, gmail.co to gmail.com, yaho.com to yahoo.com, etc.). After the cleansing process standardizes the email addresses, the email addresses were subjected to an email validation process whereby each email address was compared to known bad email addresses. Additionally, the email addresses were then further verified by contacting the Internet Service Provider ("ISP") to determine if the email addresses exist.

9.      As a result of the email cleansing and verification processes, 649,276 email addresses were confirmed as valid and 39,538 email addresses were invalid.

10.     On September 9, 2024, Angeion caused E-mail Notice to be disseminated to the 649,276 Settlement Class Members who had a valid email address. A true and accurate copy of the E-mail Notice is attached hereto as Exhibit B.

11.     On September 10, 2024, Angeion discovered that Class Members entering the online claim filing portal were unable to submit a claim form. The inability to submit an online claim form was identified as a bug in the code that prevented successful submission. Angeion identified the 2,371 Class Members that logged into the claims portal and sent a clarifying email notice which summarized the issue, confirmed the bug had been resolved, and asked the Class Member to re-enter the online claim portal to re-submit their claim. Of the 2,371 E-mail Notice sent, 2,351 were delivered and 20 bounced back as undeliverable.

12.     On September 18, 2024, Angeion discovered that the email dissemination on September 9, 2024, had an unusually high volume of soft bounces. Angeion found the cause of the soft bounces was the concurrent timing of this email dissemination with another project sending millions of email notices each day. The high volume of email dissemination from Angeion resulted in our email domains receiving a poor reputation score and soft bounces. Of the 649,276 E-mail Notices sent, 151,129 were delivered and 498,147 bounced back as undeliverable. Angeion informed counsel and re-noticed the soft bounces on September 18, 2024.

13.     The email disseminations resulted in a cumulative successful delivery rate of 623,706 (96.06%) and undeliverable rate of 25,570 (3.94%).

**<u>Reminder E-mail Notice</u>**

14.     From November 9, 2024, through November 15, 2024, Angeion caused Reminder E-mail Notice to be disseminated to the 649,276 Settlement Class Members who had a valid email address and had yet to submit a claim.

15.     The Reminder E-mail Notice campaign took place over multiple days to increase the probability of a high deliverability rate. The email disseminations in the reminder email campaign resulted in 609,987 (94.83%) delivered and 33,230 (5.17%) not delivered. A true and accurate copy of the Reminder E-mail Notice is attached hereto as Exhibit C.

**SETTLEMENT WEBSITE**

16.    On or before September 9, 2024, Angeion established the following website devoted to this Settlement: www.GaiaVPPASettlement.com ("Settlement Website"). The Settlement Website contains general information about the Settlement, including answers to frequently asked questions, important dates and deadlines pertinent to this matter, and copies of important documents. Visitors to the Settlement Website can download (1) a Long Form Notice, (2) a Claim Form, (3) the Settlement Agreement, (4) the Class Action Complaint, (5) Plaintiffs Motion for Award of Attorneys Fees Litigation Costs and Service Award, and (6) Plaintiffs Unopposed Motion for Final Approval of Class Settlement. The Settlement Website also has a "Contact Us" page whereby Class Members can submit questions regarding the Settlement to a dedicated email address: info@GaiaVPPASettlement.com. The Settlement Website address was set forth in the Long Form Notice, Claim Form, and Settlement Agreement. A true and correct copy of the Long Form Notice is attached hereto as Exhibit D.

17.    On or before September 9, 2024, Angeion established an online claim filing portal (on the Submit a Claim page of the Settlement Website) whereby Class Members can complete and submit their Claim Form via the Settlement Website, or where they can download a PDF of the Claim Form to complete and submit by mail. A true and correct copy of the Claim Form is attached hereto as Exhibit E.

18.    As a result of the December 2, 2024 claim filing deadline, the online claim filing portal of the website was updated on the same day to state the claim filing deadline had passed.

19.    As of December 5, 2024, the Settlement Website has had 87,650 page views and 51,724 sessions, which represents the number of individual sessions initiated by all users.

**TOLL-FREE HOTLINE**

20.    On or before September 9, 2024, Angeion activated the following toll-free number dedicated to this Settlement: 1-844-279-5979. The toll-free hotline utilizes an interactive voice response ("IVR") system to provide Settlement Class Members with responses to frequently asked questions and provide essential information regarding the Settlement. This hotline is

accessible 24 hours a day, 7 days a week. As of the date of this Supplemental Declaration,
Angeion has received 171 calls totaling 612 minutes.

## CLAIM FORM SUBMISSIONS

21.    The deadline for members of the Settlement Class to submit a claim form was
December 2, 2024. As of December 5, 2024, Angeion has received approximately 9,570 claim
form submissions. These claim form submissions are still subject to final audits, including the full
assessment of each claim's validity and a review for duplicate submissions. Angeion will
continue to keep the parties apprised of the number of claim form submissions received and
validated.

## REQUESTS FOR EXCLUSION AND OBJECTIONS TO THE SETTLEMENT

22.    The deadline for members of the Settlement Class to request exclusion from the
Settlement or object to the Settlement was October 24, 2024. As of December 5, 2024, Angeion
has not received any requests for exclusion or objection from the Settlement. Angeion will inform
the parties of any requests for exclusion or objection it receives.

## CONCLUSION

23.    The Notice Plan described herein included direct notice to all reasonably
identifiable members of the Settlement Class via email and the implementation of a dedicated
Settlement Website and Toll-Free Hotline to further inform members of the Settlement Class of
their rights and options pursuant to the terms of the Settlement.

I hereby declare under penalty of perjury under the laws of the United States that the
foregoing is true and correct.

Dated: December 5, 2024

*Baro Lee*
_____
BARO LEE

# Exhibit A



1650 Arch Street, Suite 2210
Philadelphia, PA 19103
www.angeiongroup.com
215.563.4116 (P)
215.525.0209 (F)

July 18, 2024

VIA USPS GROUND ADVANTAGE

United States Attorney General &
Appropriate Officials

Re:    **Notice of Class Action Settlement**
       *Christopher Guida v. Gaia, Inc.*

Dear Counsel or Official:

Angeion Group, an independent claims administrator, on behalf of the defendant in the below-described action, hereby provides your office with this notice under the provisions of the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1715, to advise you of the following proposed class action settlement:

> **Case Name:** *Christopher Guida v. Gaia, Inc.*
> **Index Number:** 1:22-cv-02350-GPG-MEH
> **Jurisdiction:** United States District Court, District of Colorado
> **Date Settlement Filed with Court:** July 8, 2024

In accordance with the requirements of 28 U.S.C. § 1715, copies of the following documents associated with this action are available at https://www.angeiongroup.com/cafa/.

1. **28 U.S.C. § 1715(b)(1)-Complaint:** The *Class Action Complaint* was filed with the Court on September 12, 2022.

2. **28 U.S.C. § 1715(b)(2)-Notice of Any Scheduled Judicial Hearings:** There are currently no scheduled hearings for this case as of the date of this Notice.

3. **28 U.S.C. § 1715(b)(3)-Notification to Class Members:** The proposed *Claim Form, Long Form Notice,* and *Email Notice* were filed with the Court on July 8, 2024.

4. **28 U.S.C. § 1715(b)(4)-Class Action Settlement Agreement:** The *Class Action Settlement Agreement* was filed with the Court on July 8, 2024.

5. **28 U.S.C. § 1715(b)(5)-Any Settlement or Other Agreements:** Other than the *Class Action Settlement Agreement*, no other settlements or other agreements have been contemporaneously made between the parties.

CAFA Notice of Class Action Settlement

6. **28 U.S.C. § 1715(b)(6)-Final Judgment:** The Court has not issued a Final Judgement or notice of dismissal as of the date of this CAFA Notice.

7. **28 U.S.C. § 1715(b)(7)(B)-Estimate of Class Members:** It is not feasible to provide an estimate of the number of Class Members by State. The Settlement Class is comprised of, "all individuals residing in the United States who, during the Class Period, subscribed or otherwise signed up for access to Gaia's services, and requested or obtained any prerecorded (including on-demand replay) videos available on Gaia's Websites while they had a Facebook account." Given the nature of the Settlement Class in this Settlement, the Defendant does not have mailing address information for Class Members and cannot provide a breakdown of Class Members by State. Accordingly, the estimated proportionate share of claims of Class Members (by State in comparison) to the entire Settlement cannot be determined.

8. **28 U.S.C. §1715(b)(8)-Judicial Opinions Related to the Settlement:** The Court has not issued a judicial opinion to the Settlement at this time. *Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement and Memorandum in Support Thereof* and the *[Proposed] Preliminary Approval Order* are available at https://www.angeiongroup.com/cafa/.

If you have questions or concerns about this notice, the proposed settlement, or difficulty accessing the associated documents, please contact this office.

Sincerely,

Angeion Group
1650 Arch Street, Suite 2210
Philadelphia, PA  19103
(p) 215-563-4116
(f)  215-563-8839

# Exhibit B

**TO:**       «Class Member Email»
**FROM:**   Settlement Administrator
**RE:**        Legal Notice of Class Action Settlement – Gaia VPPA Settlement

**Notice ID:** «Notice ID»
**Confirmation Code:** «Confirmation Code»

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Guida v. Gaia, Inc.*, Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado

*A court authorized this notice.  You are <u>not</u> being sued.  This is <u>not</u> a solicitation from a lawyer.*

**<u>You May Be Entitled to a Payment from a Class Action Settlement. The settlement only affects people in the United States who watched a video on the Gaia or Yoga International websites (gaia.com and yogainternational.com) using a web browser from September 12, 2020, to July 19, 2024, and who had a Facebook account during that period. If you did not watch a video on the Gaia or Yoga International websites using a web browser during that period, did not have a Facebook account during that period, or only accessed Gaia or Yoga International using Gaia's or Yoga International's app, this settlement does not apply to you.</u>**

**<u>Claims Forms Must be Submitted no Later Than December 2, 2024.</u>**

**I WANT TO SUBMIT MY CLAIM**

This notice is to inform you that a settlement has been reached in a class action lawsuit alleging that Defendant Gaia, Inc. ("Gaia") disclosed personally identifiable information to Facebook via the Facebook Tracking Pixel that identifies an account holder as having requested or obtained specific video materials in violation of the Video Privacy Protection Act (the "VPPA"). Gaia denies that it violated any law and the court has not determined who is right. However, the parties have agreed to the settlement to avoid the uncertainties and expenses associated with continuing to litigate the case.

### Am I a Settlement Class Member?
Records indicate you may be a Settlement Class Member. The Settlement Class includes all individuals residing in the United States who, from September 12, 2020, to and through July 19, 2024, subscribed or otherwise signed up for access to Gaia's services, and requested or obtained any prerecorded (including on-demand replay) videos available on Gaia's Websites (gaia.com and yogainternational.com) using a web browser while they had a Facebook account.

### What are the Settlement Benefits?
If approved by the Court, Gaia will create a Settlement Fund of **$2,000,000** for the benefit of the Settlement Class. The Settlement Fund will be distributed to Settlement Class Members who file a timely and complete claim on a *pro rata* basis (meaning equal share), after deducting Settlement Administration Expenses; any taxes due on earnings on the Settlement Fund, and any expenses related to the payment of such taxes; any Fee Award awarded by the Court; any Service Award awarded by the Court; and any other Court-approved deductions.

The Settlement also requires Gaia to suspend operation of the Facebook Tracking Pixel on any pages on Gaia's Websites that both include video content and have a URL that identifies the video content viewed, unless and until the VPPA were to be: (a) amended to expressly permit (and not prohibit) the Released Claims, (b) repealed, or (c) invalidated by a judicial decision on the use of website pixel technology by the United States Supreme Court or the Tenth Circuit Court of Appeals.

## How Do I Get a Payment?

Visit www.GaiaVPPASettlement.com to submit your claim online or to download a Claim Form to complete and submit by mail. Your Claim Form must be submitted online or mailed with a postmark date no later than **December 2, 2024**.

## What are My Other Options?

You may exclude yourself from the Settlement Class by sending a written request to the Settlement Administrator postmarked no later than **October 24, 2024**. If you exclude yourself, you cannot receive a settlement payment, but you will keep any rights you may have to sue Gaia regarding the issues in the lawsuit.

You may object to the proposed settlement, and you and/or your lawyer have the right to appear before the Court. Your written objection must be filed with the Court with copies sent to Class Counsel and Defendant's Counsel no later than **October 24, 2024**.

Specific instructions about how to exclude yourself from, or object to, the Settlement are available at www.GaiaVPPASettlement.com.  If you file a claim, submit an objection, or do nothing, and the Court approves the Settlement, you will be bound by all of the Court's orders and judgments. In addition, your claims against Gaia relating to issues in this case will be released.

## Who Represents Me?

The Court has appointed lawyers Shawn M. Kennedy of Herrera Kennedy LLP, Christopher J. Cormier of Burns Charest LLP, and Rachel Geman of Lieff Cabraser Heimann & Bernstein LLP, to represent the Settlement Class. These lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

## The Court's Final Approval Hearing

The Court will hold the Final Approval Hearing at 1:00 p.m. MT on December 9, 2024 in Courtroom 323 at the Wayne Aspinall Federal Building, 400 Rood Avenue, Grand Junction, CO 81501. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the Class Counsel's request for attorneys' fees and expenses; and to consider the request for a Service Award to the Class Representative. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

## How Do I Get More Information?

For more information, including the full Notice, Claim Form, and the Class Action Settlement Agreement, visit www.GaiaVPPASettlement.com, contact the Settlement Administrator:
Mail: Gaia VPPA Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103
Email: info@GaiaVPPASettlement.com
Toll-Free: 1-844-279-5979

*Unsubscribe*

# Exhibit C

**TO:**        «Class Member Email»
**FROM:**    Settlement Administrator
**RE:**        Gaia VPPA Settlement – Claim Form Deadline Reminder

**Notice ID:** «Notice ID»
**Confirmation Code:** «Confirmation Code»

## REMINDER NOTICE OF PROPOSED CLASS ACTION SETTLEMENT
*Guida v. Gaia, Inc.*, Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado

*A court authorized this notice.  You are <u>not</u> being sued.  This is <u>not</u> a solicitation from a lawyer.*

**REMINDER:  You May Be Entitled to a Payment from a Class Action Settlement. The settlement only affects people in the United States who watched a video on the Gaia or Yoga International websites (gaia.com and yogainternational.com) using a web browser from September 12, 2020, to July 19, 2024, and who had a Facebook account during that period. If you did not watch a video on the Gaia or Yoga International websites using a web browser during that period, did not have a Facebook account during that period, or only accessed Gaia or Yoga International using Gaia's or Yoga International's app, this settlement does not apply to you.**

## Claims Forms Must be Submitted no Later Than December 2, 2024.

> ### I WANT TO SUBMIT MY CLAIM

You previously were sent notice to inform you that a settlement has been reached in a class action lawsuit alleging that Defendant, Gaia, Inc. ("Gaia"), disclosed the personally identifiable information to Facebook via the Facebook Tracking Pixel that identifies and account holder as having requested or obtained specific video materials (in violation of the Video Privacy Protection Act (the "VPPA"). Gaia denies that it violated any law and the court has not determined who is right. However, the parties have agreed to the settlement to avoid the uncertainties and expenses associated with continuing to litigate the case.  This notice serves as a reminder that the Claims Deadline is only days away.

## How Do I Get a Payment?
Visit www.GaiaVPPASettlement.com to submit your claim online or to download a Claim Form to complete and submit by mail. Your Claim Form must be submitted online by **December 2, 2024,** or mailed with a postmark date no later than **December 2, 2024**.

## How Do I Get More Information?
For more information, including the full Notice, Claim Form, and the Class Action Settlement Agreement, visit www.GaiaVPPASettlement.com, contact the Settlement Administrator by mail, email, or by calling toll-free:

Gaia VPPA Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103
info@GaiaVPPASettlement.com

1-844-279-5979

*Unsubscribe*

# Exhibit D

## NOTICE OF PROPOSED CLASS ACTION SETTLEMENT

*Guida v. Gaia, Inc.*, Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado

*A court authorized this notice.  You are <u>not</u> being sued.  This is <u>not</u> a solicitation from a lawyer.*

**You May Be Entitled to a Payment from a Class Action Settlement.  The settlement only affects people in the United States who watched a video on the Gaia or Yoga International websites (gaia.com and yogainternational.com) using a web browser from September 12, 2020, to July 19, 2024, and who had a Facebook account during that period. If you did not watch a video on the Gaia or Yoga International websites using a web browser during that period, did not have a Facebook account during that period, or only accessed Gaia or Yoga International using Gaia's or Yoga International's app, this settlement does not apply to you.**

## Claims Forms Must be Submitted no Later Than December 2, 2024.

- A settlement has been reached in a class action lawsuit alleging that Defendant Gaia, Inc. ("Gaia") disclosed personally identifiable information to Facebook via the Facebook Tracking Pixel that identifies an account holder as having requested or obtained specific video materials in violation of the Video Privacy Protection Act (the "VPPA"). Gaia denies that it violated any law and the court has not determined who is right. However, the parties have agreed to the settlement to avoid the uncertainties and expenses associated with continuing to litigate the case.

- The Settlement Class includes all individuals residing in the United States who, from September 12, 2020, to and through July 19, 2024, subscribed or otherwise signed up for access to Gaia's services, and requested or obtained any prerecorded (including on-demand replay) videos available on Gaia's Websites (gaia.com and yogainternational.com) using a web browser while they had a Facebook account.

- Individuals included in the Settlement will be eligible to receive a cash payment *pro rata* (meaning equal) portion of the **$2,000,000.00 Settlement Fund**, after deducting Settlement Administration Expenses; any taxes due on earnings on the Settlement Fund, and any expenses related to the payment of such taxes; any Fee Award awarded by the Court; any Service Award awarded by the Court; and any other Court-approved deductions.

- Read this notice carefully. Your legal rights are affected whether you act, or do not act.

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT | |
|---|---|
| **SUBMIT A CLAIM FORM BY DECEMBER 2, 2024** | This is the only way to receive a cash payment from the Settlement. Visit www.GaiaVPPASettlement.com to submit a Claim Form online or download a Claim Form to complete and return by mail. |
| **EXCLUDE YOURSELF BY OCTOBER 24, 2024** | You will receive no benefits, but you will retain any rights you currently have to sue Gaia regarding the claims in this case. |

Questions? Visit www.GaiaVPPASettlement.com or call toll-free 1-844-279-5979

| **OBJECT BY OCTOBER 24, 2024** | Write to the Court explaining why you don't like the Settlement. |
|---|---|
| **GO TO THE HEARING ON DECEMBER 9, 2024** | Ask to speak in Court about your opinion of the Settlement. |
| **DO NOTHING** | You won't get a share of the Settlement benefits and will give up your rights to sue Gaia regarding the claims in this case. |

Your rights and options—**and the deadlines to exercise them**—are explained in this Notice.

BASIC INFORMATION

### 1. Why was this Notice issued?

A Court authorized this notice because you have a right to know about a proposed Settlement of this class action lawsuit and about all your options, before the Court decides whether to give final approval to the Settlement. This Notice explains the lawsuit, the Settlement, and your legal rights.

The Honorable Gordon P. Gallagher of the U.S. District Court for the District of Colorado is overseeing this case. The case is called *Guida v. Gaia, Inc.,* **Case No. 1:22-cv-02350-GPG-MEH**. The individual who sued is called the Plaintiff. The entity being sued, Gaia, is called the Defendant.

### 2. What is a class action?

In a class action, one or more people called "class representatives" (in this case, Plaintiff Christopher Guida) sue on behalf of a group or a "class" of people who have similar claims. In a class action, the court resolves the issues for all class members, except for those who exclude themselves from the class.

### 3. What is this lawsuit about?

This lawsuit alleges that Gaia violated the Video Privacy Protection Act, 18 U.S.C. § 2710, *et seq.* ("VPPA") by disclosing its subscribers' personally identifiable information ("PII") to Facebook via the Facebook Tracking Pixel that identifies an account holder as having requested or obtained specific video materials. The VPPA defines PII to include information which identifies a person as having requested or obtained specific video materials or services from a video tape service provider. Gaia denies that it violated any law. The Court has not determined who is right. Rather, Plaintiff and Gaia have agreed to settle the lawsuit to avoid the uncertainties and expenses associated with ongoing litigation.

### 4. Why is there a Settlement?

The Court has not decided whether the Plaintiff or Gaia should win this case. Instead, both sides agreed to a Settlement. That way, they avoid the uncertainties and expenses associated with ongoing litigation, and Settlement Class Members will get compensation.

WHO'S INCLUDED IN THE SETTLEMENT?

Questions? Visit www.GaiaVPPASettlement.com or call toll-free 1-844-279-5979

2

## 5. How do I know if I am in the Settlement Class?

The **Settlement Class** is defined as:

**All individuals residing in the United States who, from September 12, 2020, to and through July 19, 2024, subscribed or otherwise signed up for access to Gaia's services, and requested or obtained any prerecorded (including on-demand replay) videos available on Gaia's Websites (gaia.com and yogainternational.com) using a web browser while they had a Facebook account.**

Excluded from the Settlement Class are (1) any judge presiding over this Action and members of their families; (2) Defendant, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, agents, attorneys, and employees; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors, or assigns of any such excluded persons.

### THE SETTLEMENT BENEFITS

## 6. What does the Settlement provide?

***Monetary Relief***: If approved by the Court, Gaia will create a Settlement Fund of **$2,000,000** for the benefit of the Settlement Class. The Settlement Fund will be distributed to Settlement Class Members who file a timely and complete claim on a *pro rata* basis (meaning equal share), after deducting Settlement Administration Expenses; any taxes due on earnings on the Settlement Fund, and any expenses related to the payment of such taxes; any Fee Award awarded by the Court; any Service Award awarded by the Court; and any other Court-approved deductions.

***Prospective Relief***: The Settlement also requires Gaia to suspend operation of the Facebook Tracking Pixel on any pages on Gaia's Websites that both include video content and have a URL that identifies the video content viewed, unless and until the VPPA were to be: (a) amended to expressly permit (and not prohibit) the Released Claims, (b) repealed, or (c) invalidated by a judicial decision on the use of website pixel technology by the United States Supreme Court or the Tenth Circuit Court of Appeals.

A detailed description of the settlement benefits can be found in the Class Action Settlement Agreement available at www.GaiaVPPASettlement.com.

## 7. How much will my payment be?

After deducting from the Settlement Fund any Settlement Administration Expenses; any taxes due on earnings on the Settlement Fund, and any expenses related to the payment of such taxes; any Fee Award awarded by the Court; any Service Award awarded by the Court; and any other Court-approved deductions, the Net Settlement Fund will be distributed to Settlement Class Members as a cash payment on a *pro rata* basis. This means each Settlement Class Member who submits a valid claim will be paid an equal share from the Net Settlement Fund. The amount of the payments to individual Settlement Class Members will depend on the number of valid claims that are filed.  Because the final

payment amount cannot be calculated before all claims are received and verified, it will not be possible to provide an accurate estimate of the payment amount before the deadline to file claims.

## 8. When will I get my payment?

The Court will hold a hearing to consider the fairness of the settlement on December 9, 2024. If the Court approves the Settlement, eligible Settlement Class Members whose claims were approved by the Settlement Administrator will receive payment within 90 days after the Effective Date (*i.e.*, after the Settlement has been finally approved and any appeals are resolved or the time to file an appeal has expired). In submitting their claims, Settlement Class Members can choose whether to receive their payment via one of several digital payment options or by paper check.

Funds remaining after checks have expired shall be redistributed on a *pro rata* basis (after first deducting any necessary settlement administration expenses from such uncashed check funds) to all Settlement Class Members who cashed checks or received digital payments during the initial distribution, as long as each Settlement Class Member would receive at least $5.00 in any such secondary distribution and if otherwise feasible.

## HOW TO GET BENEFITS

## 9. How do I get a payment?

If you are a Settlement Class Member and you want to receive a payment, **you must complete and submit a Claim Form**. Visit www.GaiaVPPASettlement.com to submit your claim online or to download a Claim Form to complete and submit by mail. Your Claim Form must be submitted online by **December 2, 2024,** or mailed with a postmark date no later than **December 2, 2024**.

## REMAINING IN THE SETTLEMENT

## 10. What am I giving up if I stay in the Settlement Class?

If the Settlement becomes final, you will give up (or "release") your rights to sue Gaia and certain of its affiliates ("Released Parties") regarding the Released Claims, which are described and defined in Paragraphs 1.26 and 1.27 of the Class Action Settlement Agreement. Unless you exclude yourself (*see* Question 14), you will release the Released Claims, regardless of whether you submit a Claim Form or not. You may access the Class Action Settlement Agreement through the Important Documents link on the Settlement Website www.GaiaVPPASettlement.com.

The Class Action Settlement Agreement describes the Released Claims with specific descriptions, so please read it carefully. If you have any questions you may speak to the lawyers representing the Settlement Class listed in Question 12 for free or you may, of course, speak to your own lawyer at your own expense.

## 11. What happens if I do nothing at all?

If you do nothing, you will not receive any monetary benefit (cash payment) from this Settlement. Further, if you do not exclude yourself, you will be unable to start a lawsuit or be part of any other

lawsuit brought against Gaia regarding the Released Claims.

## THE LAWYERS REPRESENTING YOU

### 12. Do I have a lawyer in the case?

The Court has appointed lawyers Shawn M. Kennedy of Herrera Kennedy LLP, Christopher J. Cormier of Burns Charest LLP, and Rachel Geman of Lieff Cabraser Heimann & Bernstein LLP, to represent the Settlement Class.  These lawyers are called Class Counsel. You will not be charged for these lawyers. If you want to be represented by your own lawyer in this case, you may hire one at your expense.

### 13. How will the lawyers be paid?

Class Counsel's attorneys' fees and costs will be paid from the Settlement Fund in an amount determined and awarded by the Court ("Fee Award").  Class Counsel will ask for no more than one-third of the $2 million Settlement Fund, but the Court may award less than this amount.

Class Counsel may also seek a Service Award of up to $2,000.00 for the Class Representative for his service in helping to bring and settle the case. The Service Award will be paid out of the Settlement Fund, but the Court may award less than this amount.

## EXCLUDING YOURSELF FROM THE SETTLEMENT

### 14. How do I get out of the Settlement?

To exclude yourself from the Class, you must mail a letter to the Settlement Administrator stating that you want to be excluded. Your letter must include:

    a.  The name and number of this case, *Guida v. Gaia, Inc.,* Case No. 1:22-cv-02350-GPG-MEH;

    b.  Your full name and mailing address;

    c.  A statement that you wish to be excluded; and

    d.  Your exclusion must be personally signed.

You must mail your exclusion letter, so it is postmarked or received no later than October 24, 2024, to:

**Gaia VPPA Settlement**
**Attn: Exclusion Requests**
**P.O. Box 58220**
**Philadelphia, PA 19102**

A request to be excluded that does not include all of this information, or that is sent to an address other than that designated in the Notice, or that is not postmarked within the time specified, shall be invalid, and the Person(s) serving such a request shall be a member(s) of the Settlement Class and shall be bound as a Settlement Class Member by this Agreement, if approved. Any member of the Settlement Class who validly elects to be excluded from this Agreement shall not: (i) be bound by any orders or the Final Judgment; (ii) be entitled to relief under this Settlement Agreement; (iii) gain any rights by

virtue of this Agreement; or (iv) be entitled to object to any aspect of this Agreement. The request for exclusion must be personally signed by the Person requesting exclusion. **So-called "mass" or "class" opt-outs shall not be allowed.**

### 15. If I don't exclude myself, can I sue the Defendant for the same thing later?

No. Unless you exclude yourself, you give up any right to sue Gaia for the Released Claims being resolved by this Settlement.

### 16. If I exclude myself, can I get anything from this Settlement?

No. If you exclude yourself, you may not submit a Claim Form to receive a monetary benefit (cash payment).

## OBJECTING TO THE SETTLEMENT

### 17. How do I object to the Settlement?

If you are a Settlement Class Member, you may ask the Court to deny approval of the Settlement by filing an objection.  You may object to any aspect of the Settlement, Class Counsel's request for attorneys' fees and expenses, or the request for a Service Award.  You can give reasons why you think the Court should not give its approval. The Court will consider your views.

If you choose to make an objection, you must mail or file with the Court a letter or brief stating that you object to the Settlement. Your letter or brief must include:

1. The name and number of this case, *Guida v. Gaia, Inc.,* Case No. 1:22-cv-02350-GPG-MEH;

2. Your full name and address;

3. An explanation of the basis upon which you claim to be a Settlement Class Member, including information sufficient to identify your current Facebook page or a screenshot showing that you were a Facebook member during the Class Period;

4. All grounds for your objection, including all citations to legal authority and evidence supporting your objection;

5. The name and contact information of any and all attorneys representing, advising, or in any way assisting you in connection with the preparation or submission of the objection or who may profit from your pursuit of the objection;

6. A statement indicating whether you intend to appear at the Final Approval Hearing (either personally or through counsel who files an appearance with the Court in accordance with the Local Rules); and

7. Your handwritten or electronically imaged written signature.

You must mail or deliver your written objection, postmarked no later than **October 24, 2024**, to:

Clerk of the Court

Questions? Visit www.GaiaVPPASettlement.com or call toll-free 1-844-279-5979

United States District Court for the District of Colorado
Wayne Aspinall Federal Building
400 Rood Avenue
Grand Junction, CO 81501

You must also mail or otherwise deliver a copy of your written objection to Class Counsel and Defendant's counsel at the following addresses:

| Class Counsel | Class Counsel |
|---|---|
| Shawn M. Kennedy<br>**Herrera Kennedy LLP**<br>5900 S. Lake Forest Dr., Suite 300<br>McKinney, TX 75070 | Christopher J. Cormier<br>**Burns Charest LLP**<br>4725 Wisconsin Avenue, NW, Suite 200,<br>Washington, DC 20016 |
| **Class Counsel** | **Defendant's Counsel** |
| Rachel J. Geman<br>**Lieff Cabraser Heimann & Bernstein LLP**<br>250 Hudson Street, 8th Floor<br>New York, NY 10013 | Thomas J. Krysa<br>**Foley & Lardner LLP**<br>1400 16th Street, Ste. 200<br>Denver, Colorado 80202 |

**No "mass" or "class" objections will be allowed.**

### 18. What's the difference between objecting and excluding myself from the Settlement?

Objecting simply means telling the Court that you do not like something about the Settlement. You can object only if you stay in the Settlement Class. Excluding yourself from the Settlement Class is telling the Court that you do not want to be part of the Settlement Class. If you exclude yourself, you have no right to object or file a Claim Form because the case no longer affects you.

## THE COURT'S FINAL APPROVAL HEARING

### 19. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing at 1:00 p.m. MT on December 9, 2024, in Courtroom 323 at the Wayne Aspinall Federal Building, 400 Rood Avenue, Grand Junction, CO 81501. The purpose of the hearing will be for the Court to determine whether to approve the Settlement as fair, reasonable, adequate, and in the best interests of the Settlement Class; to consider the Class Counsel's request for attorneys' fees and expenses; and to consider the request for a Service Award to the Class Representative. At that hearing, the Court will be available to hear any objections and arguments concerning the fairness of the Settlement.

The hearing may be postponed to a different date or time without notice, so it is a good idea to check www.GaiaVPPASettlement.com. If, however, you timely objected to the Settlement and advised the Court that you intend to appear and speak at the Final Approval Hearing, you will receive notice of any change in the date of such Final Approval Hearing.

## 20. Do I have to attend to the hearing?

No. Class Counsel will answer any questions the Court may have. But you are welcome to come at your own expense. If you send an objection or comment, you do not have to attend the hearing to talk about it. As long as you filed and mailed your written objection on time, the Court will consider it. You may also retain your own lawyer (at your own expense) to attend, but it's not required.

## 21. May I speak at the hearing?

Yes. You may ask the Court for permission to speak at the Final Approval Hearing. To do so, you must include in your letter or brief objecting to the Settlement a statement saying that you or your lawyer intends to appear at the Final Approval Hearing.

## GETTING MORE INFORMATION

## 22. Where do I get more information?

For more information, including the full Notice, Claim Form, and the Class Action Settlement Agreement, visit www.GaiaVPPASettlement.com or contact the Settlement Administrator:

Mail: Gaia VPPA Settlement Administrator, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103

Email: info@GaiaVPPASettlement.com

Toll-Free: 1-844-279-5979

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT'S CLERK OFFICE REGARDING THIS NOTICE.**

Exhibit E

<table>
<tr><td>

**Your claim must be submitted online or <u>postmarked by</u>:**
**DECEMBER 2, 2024**

</td><td>

*Guida v. Gaia, Inc.*
Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado
**GAIA VPPA SETTLEMENT CLAIM FORM**

</td><td>

**GAIA-CLAIM**

</td></tr>
</table>

## GENERAL INSTRUCTIONS

You are eligible to submit a Claim Form if you are a Settlement Class Member.

The **Settlement Class** includes all individuals residing in the United States who, from September 12, 2020, to July 19, 2024, and who had a Facebook account during that period. If you did not watch a video on the Gaia or Yoga International websites using a web browser during that period, did not have a Facebook account during that period, or only accessed Gaia or Yoga International using Gaia's or Yoga International's app, this settlement does not apply to you.

**Excluded** from the Settlement Class are (1) any judge presiding over this Action and members of their families; (2) Defendant, its subsidiaries, parent companies, successors, predecessors, and any entity in which the Defendant or its parents have a controlling interest and their current or former officers, directors, agents, attorneys, and employees; (3) persons who properly execute and file a timely request for exclusion from the class; and (4) the legal representatives, successors, or assigns of any such excluded persons.

## SETTLEMENT CLASS MEMBER BENEFITS

If approved by the Court, Gaia will create a Settlement Fund of **$2,000,000** for the benefit of the Settlement Class. The Settlement Fund will be distributed to Settlement Class Members who file a timely and complete claim on a *pro rata* basis (meaning equal share), after deducting Settlement Administration Expenses; any taxes due on earnings on the Settlement Fund, and any expenses related to the payment of such taxes; any Fee Award awarded by the Court; any Service Award awarded by the Court; and any other Court-approved deductions.

## SUBMITTING YOUR CLAIM FORM

To submit a Claim for payment, you may submit a Claim Form:
  (1) **Online**: visit www.GaiaVPPASettlement.com to submit a Claim Form online no later than **December 2, 2024**; *OR*
  (2) **By mail**: print, complete, and submit this Claim Form by mail so it is postmarked no later than **December 2, 2024,** and sent to Gaia VPPA Settlement Administrator, Attn: Claim Submissions, 1650 Arch Street, Suite 2210, Philadelphia, PA 19103.

<table>
<tr><td>

Your claim must be
submitted online or
<u>postmarked by</u>:
DECEMBER 2, 2024

</td><td>

*Guida v. Gaia, Inc.*
Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado
**GAIA VPPA SETTLEMENT CLAIM FORM**

</td><td>

**GAIA-CLAIM**

</td></tr>
</table>

---

### I.    CLAIMANT CONTACT INFORMATION

Provide your contact information below. It is your responsibility to notify the Settlement Admininstrator of any changes to your contact information after the submission of your Claim Form.

|  |  |
|---|---|
|  |  |

**First Name**                              **Last Name**

|  |
|---|

**Street Address**

|  |  |  |
|---|---|---|

**City**                          **State**          **Zip Code**

|  |  |  |
|---|---|---|

 **Email Address**                   **Phone Number**                **Notice ID Number**

### II.    PAYMENT SELECTION

Please select **one** of the following payment options:

☐  **Prepaid Mastercard**
     Enter the email address you want the Prepaid Mastercard sent to: _____

☐  **Venmo**
     Enter the mobile number associated with your Venmo account: _____

☐  **PayPal**
     Enter the email address associated with your PayPal account: _____

☐  **Zelle**
     Enter the email address or phone number associated with your Zelle account: _____

☐  **Check (**Payment will be mailed to the address provided in Section I above)

### III.    CERTIFICATION & SIGNATURE

**By signing below and submitting this Claim Form, I hereby certify that:**

(1)  Between September 12, 2020, to July 19, 2024:

        (a)  I watched a video on the Gaia or Yoga International websites using a web browser during this
              period; and

        (b)  I had a Facebook account during this period.

**Your claim must be submitted online or <u>postmarked by</u>: DECEMBER 2, 2024**

*Guida v. Gaia, Inc.*
Case No. 1:22-cv-02350-GPG-MEH
United States District Court for the District of Colorado
**GAIA VPPA SETTLEMENT CLAIM FORM**

**GAIA-CLAIM**

(2) The information I provided on this Claim Form is true and correct to the best of my knowledge, and this is the only claim I will submit in connection with this Settlement. I understand the Settlement Administrator may contact me to request further verification of the information provided in this Claim Form.

**Signature: _____ Printed Name: _____ Date: _____**